# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>5531 Ponderosa Drive<br>Fairfield, Ohio 45014 | )<br>)<br>) Case No. 1:19-MJ-00761<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Southern__ District of __Ohio__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __Nov. 27, 2019__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __Hon. Stephanie K. Bowman__.
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for __30__ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____

Date and time issued: **11:53 AM, Nov 13, 2019**        *Stephanie K. Bowman*
                                                                                                *Judge's signature*

City and state:    __Cincinnati, Ohio__                        __Hon. Stephanie K. Bowman, U. S. Magistrate Judge__
                                                                                            *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:19-MJ-00761 | 11-14-2019 | AT RESIDENCE |

Inventory made in the presence of: SA Reder / SA Field

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED DEA-12

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-22-2020

_Executing officer's signature_

TFO Charles Whitford
_Printed name and title_

## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address ((including ZIP CODE)), if applicable)

5531 Ponderosa Drive
Fairfield, OH 45014

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 11/14/19

**DIVISION/DISTRICT OFFICE**

Cincinnati Resident Office

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1) N/A | White substance | Basement closet E/S C/M |
| 2) N/A | Blenders / sifters / bag w/ residue | Basement Front Room E/S J/R |
| 2) N/A | Food saver with bags & mash | Basement closet E/S C/M |
| 3) 2 | Scales | Laundry Room G/P J/L |
| 4) 1 | press | Garage J/R A/B |
| N/A | Brown substance | Basement closet E/S C/M |
| N/A | Brown/tan substance | Basement closet E/S C/M |
| 1 | bag | Basement closet E/S C/M |
| 1 | blender | Laundry room C/M J/L |
| 2 | boxes - ziplock bags | Laundry room C/M J/L |
| Nothing Follows | Nothing Else Follows | Nothing Follows |

**RECEIVED BY (Signature)** [signature]

**WITNESSED BY (Signature)** [signature]

**NAME AND TITLE (Print or Type)**
SA Joseph Reder

**NAME AND TITLE (Print or Type)**
Tyler Field, SA

DEA Form - 12
(Apr. 1983)

Previous edition dated 9/77 may be used until stock is exhausted.